B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**V, RICARDO NEVAREZ** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**AGUIRRE, CATALINA** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Ricardo Nevarez; AKA V Ricardo Nevarez; AKA Ricardo Nevares; AKA Ricardo V. Nevarez** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Catalina Nevarez; AKA Catalina Aguirre Nevarez; AKA Cataline Aguirre; AKA Cataline Nevarez; AKA Cataline Aguirre Nevarez; AKA Catalina Martinez; AKA Catalina Martinez** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-7111** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-1275** |
| Street Address of Debtor (No. and Street, City, and State):<br>**131 N. 16th Avenue, 1st Floor Apt.**<br>**Melrose Park, IL**                    ZIP Code **60160** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**131 N. 16th Avenue, 1st Floor Apt.**<br>**Melrose Park, IL**                    ZIP Code **60160** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><br>                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9             of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13           of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,          ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as                 business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **V, RICARDO NEVAREZ** |
| | **AGUIRRE, CATALINA** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location | Case Number: | Date Filed: |
|---|---|---|
| Where Filed:  **- None -** | | |
| Location | Case Number: | Date Filed: |
| Where Filed: | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **- None -** | | |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Gregory D. Bruno        **June 28, 2010** |
| | Signature of Attorney for Debtor(s)              (Date) |
| | **Gregory D. Bruno** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

              _____

              (Name of landlord that obtained judgment)

              _____

              (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **V, RICARDO NEVAREZ**<br>**AGUIRRE, CATALINA** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ RICARDO NEVAREZ V**
Signature of Debtor  **RICARDO NEVAREZ V**

X **/s/ CATALINA AGUIRRE**
Signature of Joint Debtor  **CATALINA AGUIRRE**

Telephone Number (If not represented by attorney)

**June 28, 2010**
Date

### Signature of Attorney*

X **/s/ Gregory D. Bruno**
Signature of Attorney for Debtor(s)

 **Gregory D. Bruno**
Printed Name of Attorney for Debtor(s)

 **Law Offices of Gregory D. Bruno**
Firm Name

 **1807 N. Broadway**
 **Melrose Park, IL 60160**

Address

 **(708) 343-4544  Fax: (708) 343-4670**
Telephone Number

 **June 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **RICARDO NEVAREZ V**
**CATALINA AGUIRRE**
_____
Debtor(s)

Case No. _____
Chapter  **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ RICARDO NEVAREZ V**
                                **RICARDO NEVAREZ V**

Date:    **June 28, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **RICARDO NEVAREZ V**
**CATALINA AGUIRRE**
_____
Debtor(s)

Case No. _____
Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ CATALINA AGUIRRE**

                           **CATALINA AGUIRRE**

Date:    **June 28, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **RICARDO NEVAREZ V,**
    **CATALINA AGUIRRE**

Case No. _____

                          Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 126,667.00 | | |
| B - Personal Property | Yes | 4 | 19,837.04 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 448,319.36 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | 227,267.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 3,040.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,212.78 |
| Total Number of Sheets of ALL Schedules | | 50 | | | |
| Total Assets | | | 146,504.04 | | |
| Total Liabilities | | | | 675,586.96 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **RICARDO NEVAREZ V,**
**CATALINA AGUIRRE**

Case No. _____

_____,

Debtors

Chapter _____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,040.00 |
| Average Expenses (from Schedule J, Line 18) | 3,212.78 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,868.66 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 263,712.36 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 227,267.60 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 490,979.96 |

B6A (Official Form 6A) (12/07)

In re      **RICARDO NEVAREZ V,**                                    Case No. _____
      **CATALINA AGUIRRE**
                                                    ,
                      Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single-family home located at 206 S. Roberta Avenue, Northlake, IL (real estate is presently vacant and in foreclosure - see Schedules D and F and Statement of Financial Affairs) Judgment of Foreclosure entered on 1/15/2010; real estate sold at public auction on 2/26/2010 for $50,000.00** | **Debtor wife is sole owner of record** | W | 50,000.00 | Unknown |
| **Single-family home located at 200 Curtis Drive, Wilmington, OH (real estate is presently vacant and in foreclosure - see Schedules D and F and Statement of Financial Affairs) Judgment of Foreclosure entered on 9/24/2009; real estate sold at public auction on or about 11/6/2009 for $76,667.00** | **Debtors are sole owners of record** | J | 76,667.00 | 129,268.00 |
| **Two-unit rental property located at 102 Randolph Street, Wilmington, OH (real estate is presently in foreclosure - see Schedules D and F and Statement of Financial Affairs) Judgment of Foreclosure entered on 6/4/2010; real estate to be sold at public auction on or about a future date to be determined** | **Debtors are sole owners of record** | J | Unknown | 89,396.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 126,667.00 | (Total of this page) |
| Total > | 126,667.00 | |

  **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **RICARDO NEVAREZ V,**                                      Case No. _____
**CATALINA AGUIRRE**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand**<br>**Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160** | J | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account**<br>**Fifth Third Bank, Melrose Park, Illinois** | J | 14.54 |
| | | **Savings account**<br>**Fifth Third Bank, Melrose Park, Illinois** | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. items of furniture, to wit:  TV, VCR, DVD player, stereo, bedroom sets, sofa & matching chair, end tables, kitchen table & chairs, cookware, small appliances, stove, refrigerator, microwave, computer and printer, cell phones**<br>**Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160** | J | 1,250.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. items of man's, woman's and childrens' clothing**<br>**Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160** | J | 1,000.00 |
| 7. Furs and jewelry. | | **Misc. items of man's and woman's jewelry, to wit: wedding rings, earrings, necklaces, bracelets, costume jewelry items, watches**<br>**Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160** | J | 500.00 |

Sub-Total >    **2,964.54**
(Total of this page)

_3_    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re  **RICARDO NEVAREZ V,**                                      Case No. _____
      **CATALINA AGUIRRE**

_____ ,
                  Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

                                            Sub-Total >                      **0.00**
                                     (Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **RICARDO NEVAREZ V,**             Case No. _____
        **CATALINA AGUIRRE**

                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Chrysler Town & Country mini-van; 61,500 miles; fair condition Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160 | J | 6,125.00 |
| | | 2006 Chrysler Town & Country mini-van; 27,000 miles; good condition Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160 | J | 9,055.00 |
| | | one-half ownership interest in 2000 Volkswagen Jetta automobile; 72,000 miles; fair condition Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160 | W | 1,692.50 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

                                              Sub-Total >        **16,872.50**
                                       (Total of this page)

Sheet   __2__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**    Case No. _____
**CATALINA AGUIRRE**

_____,
Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Total >    **19,837.04**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re    **RICARDO NEVAREZ V,**    Case No. _____
**CATALINA AGUIRRE**

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)      $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160 | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account** Fifth Third Bank, Melrose Park, Illinois | 735 ILCS 5/12-1001(b) | 14.54 | 14.54 |
| **Savings account** Fifth Third Bank, Melrose Park, Illinois | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Household Goods and Furnishings** | | | |
| **Misc. items of furniture, to wit: TV, VCR, DVD player, stereo, bedroom sets, sofa & matching chair, end tables, kitchen table & chairs, cookware, small appliances, stove, refrigerator, microwave, computer and printer, cell phones** Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160 | 735 ILCS 5/12-1001(b) | 1,250.00 | 1,250.00 |
| **Wearing Apparel** | | | |
| **Misc. items of man's, woman's and childrens' clothing** Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160 | 735 ILCS 5/12-1001(a) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| **Misc. items of man's and woman's jewelry, to wit: wedding rings, earrings, necklaces, bracelets, costume jewelry items, watches** Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160 | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2005 Chrysler Town & Country mini-van; 61,500 miles; fair condition** Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160 | 735 ILCS 5/12-1001(c) 735 ILCS 5/12-1001(b) | 4,800.00 1,325.00 | 6,125.00 |
| **2006 Chrysler Town & Country mini-van; 27,000 miles; good condition** Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160 | 735 ILCS 5/12-1001(b) | 2,895.00 | 9,055.00 |
| **one-half ownership interest in 2000 Volkswagen Jetta automobile; 72,000 miles; fair condition** Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160 | 735 ILCS 5/12-1001(b) | 1,692.50 | 3,385.00 |
| | Total: | 13,677.04 | 21,529.54 |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **RICARDO NEVAREZ V,**
   **CATALINA AGUIRRE**

Case No. _____

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **511295350** <br><br> **Accredited Home Lender** <br> **15253 Avenue of Science** <br> **San Diego, CA 92128** | | J | Opened 12/05/05  Last Active  1/31/06 <br><br> old mortgage of record <br><br><br> Value $          **Unknown** | | | | 0.00 | **Unknown** |
| Account No. **1061256038427** <br><br> **Americas Servicing Company** <br> **P.O. Box 10328** <br> **Des Moines, IA 50306** | | W | Opened  8/30/06  Last Active  3/01/09 <br> first mortgage service provider <br> Single-family home located at 206 S. Roberta Avenue, Northlake, IL (real estate is presently vacant and in foreclosure - see Schedules D and F and Statement of Financial Affairs) Judgment of Foreclosure entered on 1/15/2010; real <br> Value $          **50,000.00** | | | | 0.00 | 0.00 |
| Account No. <br><br> **Freedman Anselmo Lindberg & Rappe** <br> **1807 W. Diehl Road, Ste. 333** <br> **P.O. Box 3228** <br> **Naperville, IL 60566** | | | **Representing:** <br> **Americas Servicing Company** <br><br> Value $ | | | | **Notice Only** | |
| Account No. **3640124584376** <br><br> **Aurora Loan Services** <br> **10350 Park Meadows Dr** <br> **Littleton, CO 80124** | | J | Opened 12/05/05  Last Active  2/05/08 <br><br> old mortgage of record <br><br><br> Value $          **Unknown** | | | | 0.00 | **Unknown** |

|  | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|

 **3**   continuation sheets attached

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**                                     Case No. _____
      **CATALINA AGUIRRE**
                                                                        ,
                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **365473** | | | | | Opened 12/22/08  Last Active  3/01/09 first mortgage | | | | | |
| **Bayview Financial Loan** **Bayview Loan Servicing, LLC** **4425 Ponce De Leon Blvd.** **Coral Gables, FL 33146** | | | | J | Single-family home located at 200 Curtis Drive, Wilmington, OH (real estate is presently vacant and in foreclosure - see Schedules D and F and Statement of Financial Affairs) | | | | | |
| | | | | | Value $                    76,667.00 | | | | 129,268.00 | 52,601.00 |
| Account No. | | | | | | | | | | |
| **Reimer Arnovitz Chernek & Jeffrey** **P.O. Box 968** **Twinsburg, OH 44087** | | | | | Representing: **Bayview Financial Loan** | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. **1568002568288** | | | | | Opened  3/21/01  Last Active 12/13/04 | | | | | |
| **Chase** **P.O. Box 1093** **Northridge, CA 91328** | | | H | | old mortgage of record | | | | | |
| | | | | | Value $                    Unknown | | | | 0.00 | Unknown |
| Account No. **1568015288114** | | | | | Opened 10/01/99  Last Active  7/01/03 | | | | | |
| **Chase** **P.O. Box 1093** **Northridge, CA 91328** | | | | J | old mortgage of record | | | | | |
| | | | | | Value $                    Unknown | | | | 0.00 | Unknown |
| Account No. **1003726689** | | | | | Opened  6/24/06  Last Active  2/18/10 auto loan | | | | | |
| **Chrysler Financial** **5225 Crooks Road, Ste. 140** **Troy, MI 48098** | | | | J | 2006 Chrysler Town & Country mini-van; 27,000 miles; good condition Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160 | | | | | |
| | | | | | Value $                    9,055.00 | | | | 6,160.00 | 0.00 |

Sheet  **1**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 135,428.00 | 52,601.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**                                          Case No. _____
         **CATALINA AGUIRRE**
                                                    ,
                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1003703499** <br><br>**Chrysler Financial** <br>**5225 Crooks Road, Ste. 140** <br>**Troy, MI 48098** | | J | Opened 5/21/05  Last Active 2/18/10 <br>auto loan <br>**2005 Chrysler Town & Country mini-van; 61,500 miles; fair condition** <br>**Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160** | | | | | |
| | | | Value $                    **6,125.00** | | | | **1,864.00** | **0.00** |
| Account No. <br><br>**First Guaranty Mortgage Corp.** <br>**c/o National Registered Agents, Inc** <br>**200 W. Adams Street** <br>**Chicago, IL 60606** | | W | mortgage lien of record <br>**Single-family home located at 206 S. Roberta Avenue, Northlake, IL (real estate is presently vacant and in foreclosure - see Schedules D and F and Statement of Financial Affairs) Judgment of Foreclosure entered on 1/15/2010; real estate sol** | | | | | |
| | | | Value $                   **50,000.00** | | | | **Unknown** | **Unknown** |
| Account No. **359343670** <br><br>**GMAC Mortgage** <br>**P.O. Box 4622** <br>**Waterloo, IA 50704** | | W | Opened 8/30/06  Last Active 1/01/09 <br>second mortgage <br>**Single-family home located at 206 S. Roberta Avenue, Northlake, IL (real estate is presently vacant and in foreclosure - see Schedules D and F and Statement of Financial Affairs) Judgment of Foreclosure entered on 1/15/2010; real** | | | | | |
| | | | Value $                   **50,000.00** | | | | **39,480.00** | **39,480.00** |
| Account No. **281653953** <br><br>**GMAC Mortgage** <br>**P.O. Box 4622** <br>**Waterloo, IA 50704** | | W | Opened 8/30/06  Last Active 5/09/07 <br>old mortgage of record | | | | | |
| | | | Value $                    **Unknown** | | | | **0.00** | **Unknown** |
| Account No. **438528283** <br><br>**GMAC Mortgage** <br>**P.O. Box 890036** <br>**Dallas, TX 75389** | | J | Opened 8/01/04  Last Active 12/01/05 <br>old mortgage of record | | | | | |
| | | | Value $                    **Unknown** | | | | **0.00** | **Unknown** |

Sheet  **2**  of  **3**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    **41,344.00**    **39,480.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **RICARDO NEVAREZ V,**                                      Case No. _____
      **CATALINA AGUIRRE**
                                     ,
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **12773826** <br><br> **HSBC / MS** <br> **P.O. Box 3425** <br> **Buffalo, NY 14240** | | J | **Opened 12/05/05  Last Active  7/06/07** <br><br> **old mortgage of record** | | | | | |
| | | | Value $         **Unknown** | | | | **0.00** | **Unknown** |
| Account No. <br><br> **HSBC Bank USA, N.A.** <br> **c/o Freedman Anselmo Lindberg Rappe** <br> **1807 W. Diehl Road, Ste. 333** <br> **Naperville, IL 60566** | | W | **first mortgage** <br> **Single-family home located at 206 S. Roberta Avenue, Northlake, IL (real estate is presently vacant and in foreclosure - see Schedules D and F and Statement of Financial Affairs) Judgment of Foreclosure entered on 1/15/2010; real estate sol** | | | | | |
| | | | Value $         **50,000.00** | | | | **182,151.36** | **171,631.36** |
| Account No. **70507470** <br><br> **Ocwen Loan Servicing LLC** <br> **12650 Ingenuity Drive** <br> **Orlando, FL 32826** | | J | **Opened 12/05/05  Last Active  5/12/08** <br><br> **old mortgage of record** | | | | | |
| | | | Value $         **Unknown** | | | | **0.00** | **Unknown** |
| Account No. **24250100123919** <br><br> **Wilmington Savings Bank** <br> **184 N. South Street** <br> **Wilmington, OH 45177** | | J | **Opened  3/14/05  Last Active  7/30/09** <br> **first mortgage** <br> **Two-unit rental property located at 102 Randolph Street, Wilmington, OH (real estate is presently in foreclosure - see Schedules D and F and Statement of Financial Affairs) Judgment of Foreclosure entered on 6/4/2010; real** | | | | | |
| | | | Value $         **Unknown** | | | | **89,396.00** | **Unknown** |
| Account No. <br><br> **Buckley, Miller  & Wright** <br> **145 N. South Street** <br> **Wilmington, OH 45177** | | | **Representing:** <br> **Wilmington Savings Bank** | | | | **Notice Only** | |
| | | | Value $ | | | | | |

Sheet  **3**   of  **3**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | **271,547.36** | **171,631.36** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **448,319.36** | **263,712.36** |

B6E (Official Form 6E) (4/10)

In re    **RICARDO NEVAREZ V,**                                          Case No. _____
         **CATALINA AGUIRRE**

_____ ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **RICARDO NEVAREZ V,**      Case No. _____
**CATALINA AGUIRRE**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **438209463187**<br><br>**Account Receivable Collection**<br>**P.O. Box 42220**<br>**Cincinnati, OH 45242** | | | W | | **Opened 10/03/08**<br>**Collection for Med 1 02 X Press Nebs** | | | | 97.00 |
| Account No. **60171**<br><br>**Aesthetic Laser Surgery & Derm Ltd.**<br>**400 N. Main Street, Ste. D**<br>**Dayton, OH 45459** | | | | J | **on or about 2009**<br>**Medical treatment and service** | | | | 475.00 |
| Account No. **-255001388012395361**<br><br>**American Express**<br>**P.O. Box 297871**<br>**Fort Lauderdale, FL 33329** | | | | J | **Opened 12/21/05  Last Active  7/28/07**<br>**Credit account** | | | | 0.00 |
| Account No. **Policy No. 12HOC1256038427**<br><br>**American Security Insurance Company**<br>**P.O. Box 50355**<br>**Atlanta, GA 30302** | | | | J | **on or about 2009 - 2010**<br>**Claim for balance due for hazard insurance for 206 S. Roberta Avenue, Northlake, IL** | | | | 1,897.00 |

__34__  continuation sheets attached

Subtotal
(Total of this page)      2,469.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      S/N:31062-100528   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICARDO NEVAREZ V,**
     **CATALINA AGUIRRE**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4791070126230299<br><br>**Aspire**<br>**P.O. Box 105555**<br>**Atlanta, GA 30348-5555** | | H | Opened 2/01/05 Last Active 7/01/08<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 1,006.00 |
| Account No. **NICOR GAS-35267724**<br><br>**Asset Acceptance LLC**<br>**P.O. Box 2036**<br>**Warren, MI 48090** | | H | Opened 10/22/07 Last Active 11/01/04<br>**Collection for Nicor Gas Company** | | | | 143.00 |
| Account No.<br><br>**Auditor of Clinton County, Ohio**<br>**Clinton County Courthouse**<br>**46 S. South Street**<br>**Wilmington, OH 45177** | | J | on or about 2005 - 2010<br>**Claim for unpaid real estate taxes, plus penalties, interests and other related costs** | | | | Unknown |
| Account No. 5471620090031737<br><br>**Banamex USA**<br>**2029 Century Park E, Fl 4**<br>**Los Angeles, CA 90067** | | W | Opened 12/21/04 Last Active 8/01/08<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 3,416.00 |
| Account No. Loan No. 365473<br><br>**Bayview Loan Servicing, LLC**<br>**Bayview Financia Loan**<br>**P.O. Box 391346**<br>**Solon, OH 44139** | | J | 2008 - 2010<br>**Claim for deficiency in mortgage loan and escrow account** | | | | Unknown |

Sheet no. __1__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,565.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICARDO NEVAREZ V,**
       **CATALINA AGUIRRE**

Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Representing: | | | | |
| **Reimer Arnovitz Chernek & Jeffrey** **P.O. Box 968** **Twinsburg, OH 44087** | | | **Bayview Loan Servicing, LLC** | | | | **Notice Only** |
| Account No. 5714115564 | | | Opened 10/01/93 | | | | |
| **BP / Citibank SD** **P.O. Box 6497** **Sioux Falls, SD 57117** | | J | Credit account | | | | **Unknown** |
| Account No. 557009189311 | | | Opened  3/27/01 | | | | |
| **Capital One** **Capital One Bank (USA), N.A.** **P.O. Box 85520** **Richmond, VA 23285** | | H | Credit account | | | | **0.00** |
| Account No. 557009189509 | | | Opened  3/29/01 | | | | |
| **Capital One** **Capital One Bank (USA), N.A.** **P.O. Box 85520** **Richmond, VA 23285** | | W | Credit account | | | | **0.00** |
| Account No. 529107139637 | | | Opened 12/31/96 | | | | |
| **Capital One** **Capital One Bank (USA), N.A.** **P.O. Box 85520** **Richmond, VA 23285** | | J | Credit account | | | | **Unknown** |

Sheet no. __**2**___ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**                                          Case No. _____
         **CATALINA AGUIRRE**

_____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 441712304288<br><br>Chase / Chase Bank USA, N.A.<br>P.O. Box 15298<br>Wilmington, DE 19850 | | J | | Opened 3/07/07 Last Active 8/01/08<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 2,932.00 |
| Account No. 0345744706<br><br>Chase / Chase Bank USA, N.A.<br>P.O. Box 15298<br>Wilmington, DE 19850 | | J | | Opened 10/04/04 Last Active 7/02/08<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 2,469.00 |
| Account No. 426690201274<br><br>Chase / Chase Bank USA, N.A.<br>P.O. Box 15298<br>Wilmington, DE 19850 | | J | | Opened 5/18/05 Last Active 8/01/08<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 865.00 |
| Account No. 418586034574<br><br>Chase / Chase Bank USA, N.A.<br>P.O. Box 15298<br>Wilmington, DE 19850 | | J | | Opened 10/04/04 Last Active 8/01/08<br>**Credit account** | | | | 0.00 |
| Account No. 426690202037<br><br>Chase / Chase Bank USA, N.A.<br>P.O. Box 15298<br>Wilmington, DE 19850 | | J | | Opened 8/16/06<br>**Credit account** | | | | 0.00 |

Sheet no. __**3**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **6,266.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**
         **CATALINA AGUIRRE**
                                                                         Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5260311310**<br><br>**Chase / Chase Bank USA, N.A.**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | J | **Opened  4/20/99  Last Active  9/01/04**<br>**Credit account** | | | | **0.00** |
| Account No. **588896310144**<br><br>**Chase / Chase Bank USA, N.A.**<br>**Toys R Us**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | H | **Opened 12/26/06  Last Active 10/01/08**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **698.00** |
| Account No. **5888963101456692**<br><br>**Chase / Chase Bank USA, N.A.**<br>**Chase - Toys R Us**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | W | **Opened 12/27/06  Last Active  8/14/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **414.00** |
| Account No.<br><br>**I.C. System, Inc.**<br>**444 Highway 96 East**<br>**P.O. Box 64887**<br>**Saint Paul, MN 55164** | | | **Representing:**<br>**Chase / Chase Bank USA, N.A.** | | | | **Notice Only** |
| Account No. **1727204103103584**<br><br>**Chase / Chase Bank USA, N.A.**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | J | **Opened 12/31/99  Last Active  1/01/07**<br>**Credit account** | | | | **0.00** |

| Sheet no. __**4**___ of __**34**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **1,112.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **RICARDO NEVAREZ V,**
      **CATALINA AGUIRRE**
                                               ,
                                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **6011-6443-1535-6807** | | | | | **Opened 4/30/08 Last Active 8/04/09** **Purchases of merchandise on credit** | | | | |
| **Children's Place Plan / CITI** **Processing Center** **Des Moines, IA 50364** | | | J | | | | | | **355.14** |
| Account No. | | | | | | | | | |
| **Citicorp Credit Services Inc. (USA)** **P.O. Box 653083** **Dallas, TX 75265** | | | | | Representing: **Children's Place Plan / CITI** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **NCO Financial Systems** **P.O. Box 15889** **Wilmington, DE 19850** | | | | | Representing: **Children's Place Plan / CITI** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Northland Group Inc.** **P.O. Box 390905** **Minneapolis, MN 55439** | | | | | Representing: **Children's Place Plan / CITI** | | | | **Notice Only** |
| Account No. **6011644310904965** | | | | | **Opened 1/07/07 Last Active 9/10/08** **Charge Account** | | | | |
| **Chld / Citibank SD** **P.O. Box 6497** **Sioux Falls, SD 57117** | | | H | | | | | | **0.00** |

Sheet no. __5__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
          (Total of this page)

**355.14**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**                                    Case No. _____
       **CATALINA AGUIRRE**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 627645603301<br><br>**CIT / Fingerhut**<br>**6250 Ridgewood Road**<br>**St. Cloud, MN 56303** | | W | Opened 9/01/07 Last Active 2/01/10<br>Charge Account | | | | 0.00 |
| Account No. 547162000016<br><br>**Citi Banamex**<br>**2029 Century Park, 42nd Floor**<br>**Los Angeles, CA 90067** | | W | Opened 12/21/04<br>Credit account | | | | 0.00 |
| Account No. 351501556<br><br>**Citibank**<br>**c/o Nelson, Watson & Associates LLC**<br>**800 Merrimack Street Lower Level**<br>**Haverhill, MA 01830** | | J | 2007 - 2009<br>Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 2,427.29 |
| Account No. 5121-0750-7662-7103<br><br>**Citibank**<br>**c/o J.C. Christensen & Associates**<br>**P.O. Box 519**<br>**Sauk Rapids, MN 56379** | | J | on or about 2007 - 2010<br>Claim for balance due on Sears Gold MasterCard account | | | | 2,195.54 |
| Account No. 6011644315356807<br><br>**Citibank (South Dakota), N.A.**<br>**Children's Place**<br>**P.O. Box 6497**<br>**Sioux Falls, SD 57117** | | W | Opened 4/30/08 Last Active 8/04/09<br>Purchases of merchandise on credit | | | | 355.14 |

Sheet no. __6__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,977.97

B6F (Official Form 6F) (12/07) - Cont.

In re **RICARDO NEVAREZ V,**
**CATALINA AGUIRRE**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Citicorp Credit Services Inc. (USA)** **P.O. Box 653084** **Dallas, TX 75265** | | | | Representing: **Citibank (South Dakota), N.A.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **NCO Financial Systems** **P.O. Box 15889** **Wilmington, DE 19850** | | | | Representing: **Citibank (South Dakota), N.A.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Northland Group Inc.** **P.O. Box 390905** **Minneapolis, MN 55439** | | | | Representing: **Citibank (South Dakota), N.A.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **City of Northlake** **55 E. North Avenue** **Melrose Park, IL 60164** | | J | | **on or about 2006 - 2010** **Claim for various services rendered to Debtors by City of Northlake** | | | | **Unknown** |
| Account No. **12-2540-4** | | | | **on or about 2009 - 2010** **Claim for balance due on utility account** | | | | |
| **City of Wilmington** **Utility Billing Department** **69 N. South Street** **Wilmington, OH 45177** | | J | | | | | | **29.41** |

Sheet no. __7__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29.41**

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICARDO NEVAREZ V,**
**CATALINA AGUIRRE**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **12*2540*4** <br><br> **City of Wilmington, Ohio** <br> **Utility Billing Department** <br> **69 N. South Street** <br> **Wausaukee, WI 54177** | | J | **2008 - 2010** <br> **Utility service** | | | | **Unknown** |
| Account No. <br><br> **City of Wilmington, Ohio** <br> **Income Tax Bureau** <br> **P.O. Box 786** <br> **Wilmington, OH 45177** | | J | **on or about 2008 - 2010** <br> **Claim for balance due on account** | | | | **Unknown** |
| Account No. **04*3881*14** <br><br> **City of Wilmington, Ohio** <br> **Utility Billing Department** <br> **69 N. South Street** <br> **Wilmington, OH 45177** | | J | **on or about 2009 - 2010** <br> **Claim for balance due on utility account** | | | | **8.49** |
| Account No. **386695 / 17073026** <br><br> **Clinton Memorial Hospital** <br> **P.O. Box 600** <br> **Wilmington, OH 45177** | | J | **on or about 2009** <br> **Medical treatment and service** | | | | **400.77** |
| Account No. <br><br> **Computer Collections, Inc.** <br> **640 West Fourth Street** <br> **P.O. Box 5238** <br> **Winston Salem, NC 27113** | | | **Representing:** <br> **Clinton Memorial Hospital** | | | | **Notice Only** |

Sheet no. __**8**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**409.26**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **RICARDO NEVAREZ V,**
      **CATALINA AGUIRRE**
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**J.P. Recovery Services, Inc.**<br>**P.O. Box 16749**<br>**Rocky River, OH 44116** | | | Representing:<br>**Clinton Memorial Hospital** | | | | **Notice Only** |
| Account No. 7981924362906216 <br><br>**Collins Financial Services, Inc.**<br>**c/o Enhanced Recovery Corp.**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256** | | J | 2007 - 2009<br>Claim for balance due on GE Money Bank / Lowes account | | | | **414.62** |
| Account No. <br><br>**FMA Aliance, Ltd.**<br>**P.O. Box 2409**<br>**Houston, TX 77252** | | | Representing:<br>**Collins Financial Services, Inc.** | | | | **Notice Only** |
| Account No. 15-05-120-009-0000 <br><br>**Cook County Treasurer**<br>**P.O. Box 4468**<br>**Carol Stream, IL 60197** | | J | on or about 2009 - 2010<br>Claim for unpaid real estate taxes, plus penalties, interests and other related costs | | | | **Unknown** |
| Account No. 41279017 <br><br>**Credit Management LP**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | H | Opened 10/12/09  Last Active  9/01/09<br>Collection for Time Warner - Cincinnati | | | | **121.00** |

Sheet no. __9__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**535.62**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**
      **CATALINA AGUIRRE**
                                      **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 7896906360 **Dayton Power and Light Company** P.O. Box 740598 Cincinnati, OH 45274 | | J | | | 2007 - 2009 **Utility service** | | | | 608.72 |
| Account No. 42-515-662-523-0 **Department Stores National Bank** DSNB P.O. Box 183083 Columbus, OH 43218 | | J | | | 2007 - 2009 **Purchases of merchandise on credit** | | | | 1,102.41 |
| Account No. **Omni Credit Services of Florida** P.O. Box 23381 Tampa, FL 33623 | | | | | **Representing:** **Department Stores National Bank** | | | | Notice Only |
| Account No. 601100528787 **Discover Card / Discover Bank** Discover Financial Services LLC P.O. Box 3008 New Albany, OH 43054 | | J | | | Opened 6/04/06 Last Active 7/02/08 **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 3,106.00 |
| Account No. 62825 **Eye Specialists Inc.** Eye Specialists - Wilmington Office 721 W. Main Street Wilmington, OH 45177 | | J | | | on or about 2009 **Medical treatment and service** | | | | 130.00 |

Sheet no. __10__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,947.13**

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICARDO NEVAREZ V,**
       **CATALINA AGUIRRE**
                                                                Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6276-4560-3301-2574<br><br>**Fingerhut**<br>**P.O. Box 166**<br>**Newark, NJ 07101** | | J | **2008 - 2009**<br>**Purchases of merchandise on credit** | | | | **4.95** |
| Account No. 9427449<br><br>**First Federal Credit Control**<br>**24700 Chagrin Blvd.,  Ste 2**<br>**Cleveland, OH 44122** | | W | **Opened 12/05/08  Last Active  4/20/09**<br>**Collection for County Surgical Associates** | | | | **20.00** |
| Account No. 441711055857<br><br>**First USA Bank N A**<br>**1001 Jefferson Plaza**<br>**Wilmington, DE 19701** | | W | **Opened  2/02/00**<br>**Credit account** | | | | **0.00** |
| Account No. 441712237453<br><br>**First USA Bank N A**<br>**1001 Jefferson Plaza**<br>**Wilmington, DE 19701** | | W | **Opened  5/07/95**<br>**Credit account** | | | | **Unknown** |
| Account No.<br><br>**GE Money Bank**<br>**4125 Windward Plaza Drive**<br>**Building E, #300**<br>**Alpharetta, GA 30005** | | J | **10/16/2009**<br>**Judgment entered against Debtor, Catalina Aguirre, in Clinton County Municipal Court Case No. 09CVF292, plus interest and court costs.** | | | | **2,926.33** |

Sheet no. __11__ of __34__ sheets attached to Schedule of                         Subtotal                   **2,951.28**
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**
    **CATALINA AGUIRRE**                                              Case No. _____

_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Javitch, Block & Rathbone LLP** <br>**1100 Superior Avenue, 19th Floor** <br>**Cleveland, OH 44114** | | | **Representing:** <br>**GE Money Bank** | | | | **Notice Only** |
| Account No. **601859554218** <br><br>**GE Money Bank / Gap** <br>**Attn:  Bankruptcy Dept.** <br>**P.O. Box 103104** <br>**Roswell, GA 30076** | | H | **Opened  1/08/07  Last Active  9/10/08** <br>**Charge Account** | | | | **0.00** |
| Account No. **340 638 055 41** <br><br>**GE Money Bank / JCPenney** <br>**Attn:  Bankruptcy Dept.** <br>**P.O. Box 103104** <br>**Roswell, GA 30076** | | J | **Opened  6/05/06  Last Active 12/01/09** <br>**Purchases of merchandise on credit** | | | | **729.30** |
| Account No. **-435205** <br><br>**GE Money Bank / JCPenney** <br>**Attn:  Bankruptcy Dept.** <br>**P.O. Box 103104** <br>**Roswell, GA 30076** | | H | **Opened  4/08/00** <br>**Charge Account** | | | | **0.00** |
| Account No. **798192336126** <br><br>**GE Money Bank / Lowes** <br>**Attn:  Bankruptcy Dept.** <br>**P.O. Box 103104** <br>**Roswell, GA 30076** | | H | **Opened  8/20/02  Last Active  9/04/04** <br>**Charge Account** | | | | **0.00** |

Sheet no. __**12**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                       Subtotal
        (Total of this page)        **729.30**

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICARDO NEVAREZ V,**                                          Case No. _____
       **CATALINA AGUIRRE**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **798192336132** <br><br> **GE Money Bank / Lowes** <br> **Attn: Bankruptcy Dept.** <br> **P.O. Box 103104** <br> **Roswell, GA 30076** | | W | | Opened 9/14/02 Last Active 9/04/04 <br> **Charge Account** | | | | **0.00** |
| Account No. **798192436265** <br><br> **GE Money Bank / Lowes** <br> **Attn: Bankruptcy Dept.** <br> **P.O. Box 103104** <br> **Roswell, GA 30076** | | W | | Opened 9/24/06 Last Active 8/13/08 <br> **Charge Account** | | | | **0.00** |
| Account No. **7981924362906216** <br><br> **GE Money Bank / Lowes** <br> **Attn: Bankruptcy Dept.** <br> **P.O. Box 103104** <br> **Roswell, GA 30076** | | H | | Opened 5/16/07 Last Active 9/01/08 <br> **Charge Account** | | | | **0.00** |
| Account No. **7981924362906216** <br><br> **GE Money Bank / Lowes Consumer** <br> **c/o Enhanced Recovery Corp.** <br> **8014 Bayberry Road** <br> **Jacksonville, FL 32256** | | J | | **2007 - 2009** <br> **Purchases of merchandise on credit** | | | | **414.62** |
| Account No. <br><br> **FMA Aliance, Ltd.** <br> **P.O. Box 2409** <br> **Houston, TX 77252** | | | | **Representing:** <br> **GE Money Bank / Lowes Consumer** | | | | **Notice Only** |

Sheet no. __**13**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **414.62**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**
**CATALINA AGUIRRE**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6011361003546983  GE Money Bank / Sam's Club Attn: Bankruptcy Dept. P.O. Box 103104 Roswell, GA 30076 | | H | Opened 5/15/05 Last Active 8/01/08 Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 3,801.00 |
| Account No. 6011310005976052  GE Money Bank / Walmart Attn: Bankruptcy Dept. P.O. Box 103104 Roswell, GA 30076 | | W | Opened 10/15/06 Last Active 7/01/08 Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 3,030.00 |
| Account No. 603220316482  GE Money Bank / Walmart Attn: Bankruptcy Dept. P.O. Box 103104 Roswell, GA 30076 | | H | Opened 10/13/06 Last Active 9/10/08 Charge Account | | | | 0.00 |
| Account No. 603220760031  GE Money Bank / Walmart Attn: Bankruptcy Dept. P.O. Box 103104 Roswell, GA 30076 | | W | Opened 12/22/97 Last Active 9/06/04 Charge Account | | | | 0.00 |
| Account No. 6008893406380554  GE Retail Consumer Finance c/o National Enterprise Systems 29125 Solon Road Solon, OH 44139 | | J | on or about 2006 - 2009 Claim for balance due on JCPenney account | | | | 729.30 |

Sheet no. __14__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,560.30**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **RICARDO NEVAREZ V,**           Case No. _____
        **CATALINA AGUIRRE**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **169601-2105648822**  <br><br> **HSBC / Best Buy** <br> **P.O. Box 15519** <br> **Wilmington, DE 19850** | | J | **Opened 1/29/00 Last Active 9/08/04** <br> **Charge Account** | | | | 0.00 |
| Account No. **169601-3102032721** <br><br> **HSBC / Best Buy** <br> **P.O. Box 15519** <br> **Wilmington, DE 19850** | | W | **Opened 11/02/02 Last Active 1/24/05** <br> **Charge Account** | | | | 0.00 |
| Account No. **700106210564** <br><br> **HSBC / Best Buy** <br> **P.O. Box 15521** <br> **Wilmington, DE 19805** | | W | **Opened 1/01/00** <br> **Charge Account** | | | | 0.00 |
| Account No. **1110499381** <br><br> **HSBC / Carsons** <br> **P.O. Box 15521** <br> **Wilmington, DE 19805** | | H | **Opened 7/26/01 Last Active 8/28/01** <br> **Charge Account** | | | | 0.00 |
| Account No. **940183983901** <br><br> **HSBC Bank** <br> **HSBC Bank Nevada, N.A.** <br> **P.O. Box 4144** <br> **Carol Stream, IL 60197** | | W | **Opened 12/20/08 Last Active 9/01/09** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 672.05 |

Sheet no. __15__ of __34__ sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)      | 672.05

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**            Case No. _____
         **CATALINA AGUIRRE**
                                                                                    ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Malcolm S. Gerald & Associates**<br>**332 S. Michigan Avenue, Ste. 600**<br>**Chicago, IL 60604** | | | **Representing:**<br>**HSBC Bank** | | | | **Notice Only** |
| Account No. **5407915018307675**<br><br>**HSBC Bank**<br>**P.O. Box 5253**<br>**Carol Stream, IL 60197** | | H | **Opened 1/24/05**<br>**Credit account** | | | | 0.00 |
| Account No. **5433280005558915**<br><br>**HSBC Bank**<br>**P.O. Box 5253**<br>**Carol Stream, IL 60197** | | H | **Opened 8/27/08**<br>**Credit account** | | | | 0.00 |
| Account No. **545800454418**<br><br>**HSBC Bank**<br>**P.O. Box 5253**<br>**Carol Stream, IL 60197** | | J | **Opened 12/13/00 Last Active 10/01/04**<br>**Credit account** | | | | 0.00 |
| Account No. **100020016260**<br><br>**HSBC Bank Nevada, N.A.**<br>**P.O. Box 4144**<br>**Carol Stream, IL 60197** | | W | **Opened 7/23/07 Last Active 10/01/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 544.00 |

Sheet no. __**16**__ of __**34**__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)           **544.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **RICARDO NEVAREZ V,**
     **CATALINA AGUIRRE**
                                   Case No. _____

                                          ,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ref. No. 10348398390**<br><br>HSBC Bank Nevada, N.A.<br>HSBC Card Services, Inc.<br>P.O. Box 5253<br>Carol Stream, IL 60197 | | J | **2006 - 2009**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 609.65 |
| Account No.<br><br>Professional Recovery Services Inc.<br>P.O. Box 1880<br>Voorhees, NJ 08043 | | | Representing:<br>HSBC Bank Nevada, N.A. | | | | **Notice Only** |
| Account No. **account ending in 3901**<br><br>HSBC Bank Nevada, N.A.<br>HSBC Card Services<br>P.O. Box 4155<br>Carol Stream, IL 60197 | | J | **2008 - 2009**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 428.35 |
| Account No. **Ref. No. 30302001626**<br><br>HSBC Bank Nevada, N.A.<br>HSBC Card Services Inc.<br>P.O. Box 5253<br>Carol Stream, IL 60197 | | J | **2007 - 2009**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 531.01 |
| Account No.<br><br>HSBC Bank USA, N.A.<br>c/o Freedman Anselmo Lindberg Rappe<br>1807 W. Diehl Road, Ste. 333<br>Naperville, IL 60563 | | J | **as of 2/26/2010**<br>**Claim for deficiency balance in mortgage loan and escrow account** | | | | 132,151.36 |

Sheet no. __17__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal
     (Total of this page)     **133,720.37**

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICARDO NEVAREZ V,**                                      Case No. _____
       **CATALINA AGUIRRE**
                                                                          ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5491-1000-2001-6260**<br><br>**HSBC Card Services**<br>**Household Bank Platinum MasterCard**<br>**P.O. Box 5222**<br>**Carol Stream, IL 60197** | | | J | | **2006 - 2009**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 571.27 |
| Account No.<br><br>**Financial Recovery Services, Inc.**<br>**P.O. Box 385908**<br>**Minneapolis, MN 55438** | | | | | **Representing:**<br>**HSBC Card Services** | | | | **Notice Only** |
| Account No.<br><br>**Redline Recovery Services, LLC**<br>**11675 Rainwater Drive, Ste. 350**<br>**Alpharetta, GA 30009** | | | | | **Representing:**<br>**HSBC Card Services** | | | | **Notice Only** |
| Account No. **2764426**<br><br>**IEI Financial Services, LLC**<br>**I.E.I.F.S.**<br>**2495 Directors Row, Ste. A**<br>**Indianapolis, IN 46241** | | | H | | **Opened 12/01/09  Last Active 11/01/09**<br>**Collection for Vectren Energy** | | | | 416.00 |
| Account No. **340 638 055 41**<br><br>**JCPenney**<br>**P.O. Box 960090**<br>**Orlando, FL 32896** | | | J | | **Opened  6/05/06  Last Active 12/01/09**<br>**Purchases of merchandise on credit** | | | | 729.30 |

Sheet no. __18__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,716.57

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICARDO NEVAREZ V,**
         **CATALINA AGUIRRE**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**National Enterprise Systems** <br>**29125 Solon Road** <br>**Solon, OH 44139** | | | Representing: <br>JCPenney | | | | **Notice Only** |
| Account No. <br><br>**JCPenney** <br>**P.O. Box 960090** <br>**Orlando, FL 32896** | | J | | | | | **0.00** |
| Account No. 2690611147003 <br><br>**Jefferson Capital Systems, LLC** <br>**16 McLeland Road** <br>**Saint Cloud, MN 56303** | | H | Opened 2/09/09 Last Active 2/10/09 <br>Collection for Aspire Visa | | | | **1,006.00** |
| Account No. 60171 <br><br>**Kellawan, Karl K., M.D.** <br>**400 N. Main Street, Ste. D** <br>**Centerville, OH 45459** | | J | on or about 2009 <br>Medical treatment and service | | | | **475.00** |
| Account No. <br><br>**Account Recovery Consultants, Inc.** <br>**3864 S. Kettering Blvd., Ste. 105** <br>**P.O. Box 341 - Wright Brothers Brch** <br>**Dayton, OH 45409** | | | Representing: <br>Kellawan, Karl K., M.D. | | | | **Notice Only** |

Sheet no. __19__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,481.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**          Case No. _____
         **CATALINA AGUIRRE**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **047004151852**<br><br>**Kohl's**<br>**Kohl's Payment Center**<br>**P.O. Box 2983**<br>**Milwaukee, WI 53201** | | H | Opened 1/07/07 Last Active 3/01/10<br>Purchases of merchandise on credit | | | | 1,224.50 |
| Account No. **4185860345744706**<br><br>**LVNV Funding LLC**<br>**P.O. Box 740281**<br>**Houston, TX 77274** | | W | Opened 5/27/09 Last Active 8/01/08<br>Collection for Washgton Mutual | | | | 2,549.00 |
| Account No. **5121079740499956**<br><br>**LVNV Funding LLC**<br>**P.O. Box 740281**<br>**Houston, TX 77274** | | W | Opened 2/11/09 Last Active 2/01/08<br>Collection for Citibank Sears Gold | | | | 2,437.00 |
| Account No. **5121075076627103**<br><br>**LVNV Funding LLC**<br>**P.O. Box 740281**<br>**Houston, TX 77274** | | H | Opened 2/25/09 Last Active 2/01/08<br>Collection for Citibank Sears Gold | | | | 2,177.00 |
| Account No. **351501556**<br><br>**LVNV Funding LLC**<br>**c/o Nelson, Watson & Associates LLC**<br>**800 Merrimack Street Lower Level**<br>**Haverhill, MA 01830** | | J | 2007 - 2009<br>Claim for balance due on Citibank account | | | | 2,427.29 |

Sheet no. __20__ of __34__ sheets attached to Schedule of            Subtotal                  10,814.79
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICARDO NEVAREZ V,**
       **CATALINA AGUIRRE**                                               Case No. _____

                                                                    ,
                                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4185-8603-4574-4706 <br><br> LVNV Funding LLC <br> c/o Northland Group Inc. <br> P.O. Box 390846 <br> Minneapolis, MN 55439 | | J | 2005 - 2009 <br> Claim for balance due on Washington Mutual account | | | | 2,485.01 |
| Account No. 5121-0750-7662-7103 <br><br> LVNV Funding LLC <br> c/o Credit Control, LLC <br> 245 East Roselawn <br> Maplewood, MN 55117 | | J | 2005 - 2009 <br> Claim for balance due on Sears Gold MasterCard account | | | | 2,141.02 |
| Account No. 351501556 <br><br> LVNV Funding LLC <br> c/o Nelson, Watson & Associates, LL <br> 80 Merrimack Street Lower Level <br> Haverhill, MA 01830 | | J | 2006 - 2009 <br> Claim for balance due on Citibank account | | | | 2,427.29 |
| Account No. 5121-0750-7662-7103 <br><br> LVNV Funding LLC <br> c/o J.C. Christensen & Associates <br> P.O. Box 519 <br> Sauk Rapids, MN 56379 | | J | on or about 2007 - 2010 <br> Claim for balance due on Sears Gold MasterCard account | | | | 2,195.54 |
| Account No. 5121-0797-4049-9956 <br><br> LVNV Funding, LLC <br> c/o Creditors Financial Group, LLC <br> 3131 S. Vaughn Way, Ste. 110 <br> Aurora, CO 80014 | | J | 2006 - 2009 <br> Claim for balance due on Sears account | | | | 2,375.16 |

Sheet no. __21__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,624.02

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICARDO NEVAREZ V,**
**CATALINA AGUIRRE**
Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>**Marlow, Roxanna K**<br>**102 Randolph Street**<br>**Wilmington, OH 45177** | | J | on or about 2009 - 2010<br>**Claim for security deposit on Residence Lease** | | | | **200.00** |
| **Account No. 17713-2**<br><br>**Matrika, Thomas, M.D., Inc.**<br>**630 West Main Street**<br>**Suite 109**<br>**Wilmington, OH 45177** | | J | 2008 - 2009<br>**Medical treatment and service** | | | | **424.03** |
| **Account No. 42-515-662-523-0**<br><br>**Mcydsnb**<br>**Macy's / Dept. Store National Bank**<br>**9111 Duke Blvd.**<br>**Mason, OH 45040** | | W | Opened 12/03/06  Last Active  9/01/09<br>**Purchases of merchandise on credit** | | | | **1,102.41** |
| **Account No.**<br><br>**Omni Credit Services of Florida**<br>**P.O. Box 23381**<br>**Tampa, FL 33623** | | | **Representing:**<br>**Mcydsnb** | | | | **Notice Only** |
| **Account No. 4251612512220**<br><br>**Mcydsnb**<br>**Macy's / Dept. Store National Bank**<br>**9111 Duke Blvd.**<br>**Mason, OH 45040** | | H | Opened 12/26/06  Last Active  7/01/08<br>**Purchases of merchandise on credit** | | | | **927.00** |

Sheet no. __22__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,653.44**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **RICARDO NEVAREZ V,**
        **CATALINA AGUIRRE**
                                                                    Case No. _____

                                                            ,
                                    Debtors
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Omni Credit Services of Florida** P.O. Box 23381 Tampa, FL 33623 | | | Representing: Mcydsnb | | | | **Notice Only** |
| Account No. **Policy No. 92 34 HP 354885** **Nationwide Mutual Fire Insurance Co** **Nationwide Mutual Insurance Company** **One Nationwide Plaza** **Columbus, OH 43215** | | J | 2008 - 2009 Claim for balance due on insurance policy | | | | **962.00** |
| Account No. **111049** **NBGL Carsons** **140 Industrial Dri** **Elmhurst, IL 60126** | | H | Opened  7/01/01  Last Active  8/01/01 Charge Account | | | | **0.00** |
| Account No. **814734** **Nicor Gas** **1844 Ferry Road** **Naperville, IL 60563** | | H | Opened 11/22/04 Other Utility Company | | | | **144.00** |
| Account No. **7981924362906216** **Paragon Way** **2101 West Ben Whit** **Austin, TX 78704** | | H | Opened  4/29/09 Collection for GE Money Bank / Lowes | | | | **415.00** |

Sheet no. __**23**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,521.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICARDO NEVAREZ V,**
       **CATALINA AGUIRRE**
                                                                          Case No. _____
                                                                    ,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 7981924362906216  Paragon Way Inc. c/o Enhanced Recovery Corp. 8014 Bayberry Road Jacksonville, FL 32256 | | | J | | 2006 - 2009 Claim for balance due on GE Money Bank / Lowes account | | | | 414.62 |
| Account No.  FMA Aliance, Ltd. P.O. Box 2409 Houston, TX 77252 | | | | | Representing: Paragon Way Inc. | | | | Notice Only |
| Account No. 463187-438209  Pediatric Products c/o Account Receivable Collections P.O. Box 42220, Dept. B Cincinnati, OH 45242 | | | J | | on or about 2009 - 2010 Claim for balance due on account | | | | 96.53 |
| Account No. 5856373887818826  Peebles P.O. Box 182124 Columbus, OH 43218 | | | J | | 2007 - 2009 Purchases of merchandise on credit | | | | 598.53 |
| Account No.  Chase Receivables 1247 Broadway Sonoma, CA 95476 | | | | | Representing: Peebles | | | | Notice Only |

Sheet no. __24__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,109.68

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICARDO NEVAREZ V,**
        **CATALINA AGUIRRE**
                                                                        Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2728-14** <br><br> **Petrovic, Olga, M.D.** <br> **8952 Winton Road** <br> **Cincinnati, OH 45231** | | J | **on or about 2009** <br> **Medical treatment and service** | | | | 25.00 |
| Account No. **6101706** <br><br> **Physicians Credit Bureau** <br> **3592 Corporate Dr., Ste 10** <br> **Columbus, OH 43231** | | H | **Opened 2/22/07 Last Active 12/01/06** <br> **Collection for Clinton Memorial Hospital** | | | | 658.00 |
| Account No. **7626922** <br><br> **Physicians Credit Bureau** <br> **3592 Corporate Dr., Ste 10** <br> **Columbus, OH 43231** | | H | **Opened 8/27/08 Last Active 6/01/08** <br> **Collection for Clinton Memorial Hospital** | | | | 138.00 |
| Account No. **7725230** <br><br> **Physicians Credit Bureau** <br> **3592 Corporate Dr., Ste 10** <br> **Columbus, OH 43231** | | H | **Opened 10/03/08** <br> **Collection for Clinton Memorial Hospital** | | | | 121.00 |
| Account No. **7997036** <br><br> **Physicians Credit Bureau** <br> **3592 Corporate Dr., Ste 10** <br> **Columbus, OH 43231** | | H | **Opened 1/23/09 Last Active 11/01/08** <br> **Collection for Clinton Memorial Hospital** | | | | 24.00 |

Sheet no. __25__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**966.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**
**CATALINA AGUIRRE**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **account ending in 6983**<br><br>**Portfolio Asset Management**<br>**c/o Law Offices of Mitchell N. Kay**<br>**7 Penn Plaza**<br>**New York, NY 10001** | | J | **2006 - 2009**<br>**Claim for balance due on Sam's Club account** | | | | 3,801.85 |
| Account No. **007390852**<br><br>**Precision Recovery Analytics**<br>**c/o FMA Aliance, Ltd.**<br>**P.O. Box 2409**<br>**Houston, TX 77252** | | J | **Claim for balance due on account acquired from GE Money Bank** | | | | 414.62 |
| Account No. **5121-0797-4049-9956**<br><br>**Resurgent Capital Services L.P.**<br>**c/o Creditors Financial Group, LLC**<br>**3131 S. Vaughn Way, Ste. 110**<br>**Aurora, CO 80014** | | J | **2006 - 2009**<br>**Claim for balance due on Sears account** | | | | 2,375.16 |
| Account No. **5121-0750-7662-7103**<br><br>**Resurgent Capital Services L.P.**<br>**c/o J.C. Christensen & Associates**<br>**P.O. Box 519**<br>**Sauk Rapids, MN 56379** | | J | **on or about 2007 - 2010**<br>**Claim for balance due on Sears Gold MasterCard account** | | | | 2,195.54 |
| Account No. **610113-QRRAD**<br><br>**Riverside Radiology Associates**<br>**P.O. Box 182268**<br>**Columbus, OH 43218** | | J | **on or about 2009**<br>**Medical treatment and service** | | | | 5.32 |

Sheet no. __**26**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,792.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**                                      Case No. _____
         **CATALINA AGUIRRE**
                                                              ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 303468402210<br><br>**RNB - Fields3**<br>**P.O. Box 9475**<br>**Minneapolis, MN 55440** | | W | **Opened 8/15/02 Last Active 9/11/02**<br>**Charge Account** | | | | 0.00 |
| Account No. 377334818810<br><br>**RNB - Fields3**<br>**P.O. Box 9475**<br>**Minneapolis, MN 55440** | | H | **Opened 6/09/93**<br>**Charge Account** | | | | Unknown |
| Account No. **account ending in 6983**<br><br>**Sam's Club**<br>**c/o Law Offices of Mitchell N. Kay**<br>**7 Penn Plaza**<br>**New York, NY 10001** | | J | **2006 - 2009**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 3,801.85 |
| Account No. 585637073928<br><br>**Schotten / Value City Furniture**<br>**P.O. Box 182273**<br>**Columbus, OH 43218-2273** | | H | **Opened 8/01/02 Last Active 10/01/06**<br>**Charge Account** | | | | Unknown |
| Account No. 5121-0797-4049-9956<br><br>**Sears**<br>**c/o Creditors Financial Group, LLC**<br>**3131 S. Vaughn Way, Ste. 110**<br>**Aurora, CO 80014** | | J | **2006 - 2009**<br>**Purchases of merchandise on credit** | | | | 2,375.16 |

Sheet no. __27__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,177.01

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **RICARDO NEVAREZ V,**
**CATALINA AGUIRRE**
                                                              Case No. _____
                                                    ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **512107507662** <br><br> **Sears / Citi** <br> **8725 W. Sahara Ave  Mc 02/02/03** <br> **The Lakes, NV 89163** | | H | | **Opened  6/01/06  Last Active  7/01/08** <br> **Credit account** | | | | **0.00** |
| Account No. **16723336** <br><br> **Sears / Citibank SD** <br> **P.O. Box 6189** <br> **Sioux Falls, SD 57117** | | H | | **Opened  6/01/95  Last Active  9/04/04** <br> **Charge Account** | | | | **0.00** |
| Account No. **504994852003** <br><br> **Sears / Citibank SD** <br> **P.O. Box 6189** <br> **Sioux Falls, SD 57117** | | | W | **Opened 12/28/04  Last Active  1/24/05** <br> **Charge Account** | | | | **0.00** |
| Account No. **5121079740499956** <br><br> **Sears / Citibank SD** <br> **P.O. Box 6189** <br> **Sioux Falls, SD 57117** | | | W | **Opened 12/28/04  Last Active  7/01/08** <br> **Charge Account** | | | | **0.00** |
| Account No. **5121071763239351** <br><br> **Sears / Citibank SD** <br> **P.O. Box 6189** <br> **Sioux Falls, SD 57117** | | | W | **Opened  2/01/94  Last Active 11/23/99** <br> **Credit account** | | | | **Unknown** |

Sheet no. __**28**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **RICARDO NEVAREZ V,**
**CATALINA AGUIRRE**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5121-0750-7662-7103**<br><br>**Sears Gold MasterCard**<br>**c/o Credit Control, LLC**<br>**245 East Roselawn**<br>**Maplewood, MN 55117** | | J | | | 2005 - 2009<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **2,141.02** |
| Account No. **5200-9401-8398-3901**<br><br>**Sears Solutions MasterCard**<br>**c/o HSBC Card Services**<br>**P.O. Box 5222**<br>**Carol Stream, IL 60197** | | J | | | 2007 - 2009<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **672.05** |
| Account No.<br><br>**Professional Recovery Services Inc.**<br>**P.O. Box 1880**<br>**Voorhees, NJ 08043** | | | | | **Representing:**<br>**Sears Solutions MasterCard** | | | | **Notice Only** |
| Account No. **various**<br><br>**Sherman Companies**<br>**335 Madison Avenue**<br>**19th Floor**<br>**New York, NY 10017** | | J | | | 2002 - 2010<br>**Claims for balances due on various accounts** | | | | **Unknown** |
| Account No. **4617361086**<br><br>**Spiegel**<br>**101 Crossway Park West**<br>**Woodbury, NY 11797** | | J | | | **Opened  8/04/97**<br>**Charge Account** | | | | **0.00** |

| | | |
|---|---|---|
| Sheet no. __**29**__ of __**34**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **2,813.07** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**
      **CATALINA AGUIRRE**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **91023135**<br><br>**Target**<br>**Target National Bank**<br>**P.O. Box 59317**<br>**Minneapolis, MN 55459** | | W | | **Opened  9/25/95  Last Active 10/24/01**<br>**Charge Account** | | | | 0.00 |
| Account No. **4352371707772712**<br><br>**Target**<br>**Target National Bank**<br>**P.O. Box 59317**<br>**Minneapolis, MN 55459** | | H | | **Opened 11/04/06  Last Active 10/23/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 605.00 |
| Account No. **4352373383283972**<br><br>**Target**<br>**Target National Bank**<br>**P.O. Box 59317**<br>**Minneapolis, MN 55459** | | W | | **Opened  9/25/95  Last Active  9/04/04**<br>**Credit account** | | | | 0.00 |
| Account No.<br><br>**Target National Bank**<br>**3701 Wayzata Blvd., MS-3CG**<br>**Minneapolis, MN 55416** | | | J | **on or about 7/24/2009**<br>**Judgment entered against Debtor, Ricardo Nevarez, in Clinton County Municipal Court Case No. 09CVF264, plus interest and court costs.** | | | | 777.09 |
| Account No.<br><br>**Weltman, Weinberg & Reis Co., LPA**<br>**525 Vione Street, Ste. 800**<br>**Cincinnati, OH 45202** | | | | **Representing:**<br>**Target National Bank** | | | | **Notice Only** |

Sheet no. __**30**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,382.09**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**                                          Case No. _____
         **CATALINA AGUIRRE**
                                                                        ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035320077158325** <br><br> **The Home Depot / Citibank SD** <br> **P.O. Box 6497** <br> **Sioux Falls, SD 57117** | | W | **Opened 10/26/00 Last Active 9/01/04** <br> **Charge Account** | | | | **0.00** |
| Account No. **6035320101443057** <br><br> **The Home Depot / Citibank SD** <br> **P.O. Box 6497** <br> **Sioux Falls, SD 57117** | | J | **Opened 4/08/03 Last Active 9/05/04** <br> **Charge Account** | | | | **0.00** |
| Account No. **6035320219436811** <br><br> **The Home Depot / Citibank SD** <br> **P.O. Box 6497** <br> **Sioux Falls, SD 57117** | | H | **Opened 3/02/07 Last Active 11/24/08** <br> **Charge Account** | | | | **0.00** |
| Account No. **10303 474074801 7001** <br><br> **Time Warner Cable** <br> **Time Warner Cable - Cincinnati** <br> **P.O. Box 1060** <br> **Carol Stream, IL 60132** | | J | **2008 - 2009** <br> **Claim for balance due on account** | | | | **103.14** |
| Account No. <br><br> **Credit Management LP** <br> **P.O. Box 118288** <br> **Carrollton, TX 75011** | | | **Representing:** <br> **Time Warner Cable** | | | | **Notice Only** |

Sheet no. __31__ of __34__ sheets attached to Schedule of                    Subtotal                    **103.14**
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**    Case No. _____
      **CATALINA AGUIRRE**

_____,
                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Treasurer of Clinton County, Ohio** <br>**Clinton County Courthouse** <br>**46 S. South Street** <br>**Wilmington, OH 45177** | | J | | **Claim for unpaid real estate taxes, plus penalties, interests and other related costs** | | | | **Unknown** |
| Account No. **23280891** <br><br>**United Collect Bureau, Inc** <br>**5620 Southwyck Blvd.** <br>**Toledo, OH 43614** | | H | | **Opened 10/27/08 Last Active 5/01/08** <br>**Collection for Southwestern Pathologists** | | | | **11.00** |
| Account No. **4015278702438776** <br><br>**Vectren Energy Delivery of Ohio** <br>**c/o IEI Financial Services, LLC** <br>**P.O. Box 42788** <br>**Indianapolis, IN 46242** | | J | | **2007 - 2009** <br>**Claim for balance due on account** | | | | **415.78** |
| Account No. **Chart No. NE0025** <br><br>**Wagstaff, Edwin L., DDS** <br>**150 North South Street** <br>**Wilmington, OH 45177** | | J | | **2008 - 2009** <br>**Medical treatment and service** | | | | **130.00** |
| Account No. **4185-8603-4574-4706** <br><br>**Washington Mutual** <br>**c/o Northland Group Inc.** <br>**P.O. Box 390846** <br>**Minneapolis, MN 55439** | | J | | **2005 - 2009** <br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **2,485.01** |

Sheet no. __32__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,041.79**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICARDO NEVAREZ V,**
    **CATALINA AGUIRRE**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **106150627582315** <br><br>**Wffinance** <br>**Wells Fargo Finance** <br>**800 Walnut Street** <br>**Des Moines, IA 50309** | | H | Opened  6/15/06  Last Active  8/08/06 <br>Credit account | | | | 0.00 |
| Account No. **5774421682783437** <br><br>**Wffnatlbnk** <br>**Wells Fargo National Bank** <br>**P.O. Box 94498** <br>**Las Vegas, NV 89193** | | H | Opened  2/01/08  Last Active  11/06/08 <br>Charge Account | | | | 0.00 |
| Account No. **5856373887818826** <br><br>**WFNNB / Peebles** <br>**WFNNB - Bankruptcy Department** <br>**P.O. Box 182125** <br>**Columbus, OH 43218** | | H | Opened  3/18/06  Last Active  9/01/08 <br>Purchases of merchandise on credit | | | | 598.00 |
| Account No. <br><br>**Chase Receivables** <br>**1247 Broadway** <br>**Sonoma, CA 95476** | | | Representing: <br>WFNNB / Peebles | | | | Notice Only |
| Account No. **585637388779** <br><br>**WFNNB / Peebles** <br>**WFNNB - Bankruptcy Department** <br>**P.O. Box 182125** <br>**Columbus, OH 43218** | | W | Opened  3/14/06  Last Active  9/10/08 <br>Charge Account | | | | 0.00 |

Sheet no. __33__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

598.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **RICARDO NEVAREZ V,**
   **CATALINA AGUIRRE**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Wilmington Oral Surgery** <br> **1665 Alex Drive** <br> **Wilmington, OH 45177** | | J | on or about 2009 <br> **Medical treatment and service** | | | | **22.00** |
| Account No. **Loan No. 00050100123919** <br><br> **Wilmington Savings Bank** <br> **184 North South Street** <br> **Wilmington, OH 45177** | | J | 2008 - 2009 <br> **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. <br><br> **Buckley, Miller  & Wright** <br> **145 N. South Street** <br> **Wilmington, OH 45177** | | | Representing: <br> **Wilmington Savings Bank** | | | | **Notice Only** |
| Account No. **463187-438209** <br><br> **X Press NEBS** <br> **c/o Account Receivable Collections** <br> **P.O. Box 42220, Dept. B** <br> **Cincinnati, OH 45242** | | J | on or about 2009 - 2010 <br> **Claim for balance due on account** | | | | **96.53** |
| Account No. **463187-438209** <br><br> **X Press NEBS / Pediatric Products** <br> **c/o Account Receivable Collections** <br> **P.O. Box 42220, Dept B** <br> **Cincinnati, OH 45242** | | J | 2008 - 2009 <br> **Medical treatment and service** | | | | **96.53** |

Sheet no. __34__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **215.06** |
| Total <br> (Report on Summary of Schedules) | **227,267.60** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re  **RICARDO NEVAREZ V,**                                      Case No. _____
       **CATALINA AGUIRRE**

_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Maria Nevarez**<br>**5913 W. 16th Street**<br>**Cicero, IL 60804** | **Debtors are lessees in residence lease for 131 N. 16th Avenue, Melrose Park, Illinois** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **RICARDO NEVAREZ V,**                                    Case No. _____
       **CATALINA AGUIRRE**
_____,
                              Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **RICARDO NEVAREZ V**
**CATALINA AGUIRRE**                                           Case No. _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter**<br>**Daughter** | AGE(S):<br>**10 years**<br>**18 years**<br>**6 years** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **machine operator** | |
| Name of Employer | **Valspar Corporation & Subsidiaries** | **none at present** |
| How long employed | **2 weeks** | |
| Address of Employer | **1191 Wheeling Road**<br>**Wheeling, IL 60090** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 375.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): **Unemployment compensation (net of taxes)** | $ | 1,824.34 | $ | 840.66 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,199.34 | $ | 840.66 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,199.34 | $ | 840.66 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 3,040.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **RICARDO NEVAREZ V**
**CATALINA AGUIRRE** _____     Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 600.00 |
| a. Are real estate taxes included? | Yes ____  No **X** | | |
| b. Is property insurance included? | Yes ____  No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 250.00 |
| b. Water and sewer | | $ | 34.00 |
| c. Telephone | | $ | 180.00 |
| d. Other   **Cable TV & internet service** | | $ | 140.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 752.00 |
| 5. Clothing | | $ | 150.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 50.00 |
| 8. Transportation (not including car payments) | | $ | 433.33 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 127.45 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 386.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other   **Misc. sundry items** | | $ | 50.00 |
| Other   **Personal grooming, to wit:  hair & nails** | | $ | 60.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,   $        3,212.78
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 3,040.00 |
| b.    Average monthly expenses from Line 18 above | $ | 3,212.78 |
| c.    Monthly net income (a. minus b.) | $ | -172.78 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **RICARDO NEVAREZ V**
**CATALINA AGUIRRE**
           Debtor(s)

Case No. _____

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **52**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 28, 2010**           Signature    **/s/ RICARDO NEVAREZ V**
                                                 **RICARDO NEVAREZ V**
                                                 Debtor

Date   **June 28, 2010**           Signature    **/s/ CATALINA AGUIRRE**
                                                 **CATALINA AGUIRRE**
                                                 Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **RICARDO NEVAREZ V**
       **CATALINA AGUIRRE**                     Case No.

                                        Debtor(s)          Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

       **1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$39,243.00** | **2008: Husband Employment Income** |
| **$17,255.00** | **2008: Wife Employment Income** |
| **$7,523.00** | **2009: Wife Employment Income** |
| **$1,000.00** | **2009: Husband Self-Employment Income** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,329.00** | **2008: Husband Unemployment** |
| **$15.00** | **2008: Wife Interest / Dividends** |
| **$14,300.00** | **2009: Husband IRA distributions** |
| **$21,268.00** | **2009: Husband Unemployment** |
| **$4,584.00** | **2009: Wife Unemployment** |
| **$13,572.00** | **2010 YTD: Husband Unemployment** |
| **$5,626.00** | **2010 YTD: Wife Unemployment** |

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Chrysler Financial**<br>**5225 Crooks Road, Ste. 140**<br>**Troy, MI 48098** | **April, May & June, 2010**<br>**(regular monthly payments**<br>**due on car loan)** | **$1,158.00** | **$6,160.00** |

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bayview Loan Servicing, LLC vs. Ricardo Nevarez V, et al. Case No. CVE20090604** | **Debtors are Defendants in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **In the Circuit Court of Common Pleas, Clinton County, Ohio** | **Judgment of Foreclosure entered on 9/24/2009; real estate sold at public auction on or about 11/6/2009 for $76,667.00** |
| **Wilmington Savings Bank vs. Ricardo Nevares V, et. al. Case No. CVE 2010-0015** | **Debtors are Defendants in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **In the Circuit Court of Common Pleas, Clinton County, Ohio** | **Judgment of Foreclosure entered on 6/4/2010; real estate to be sold at public auction on or about a future date to be determined** |
| **HSBC Bank vs. Catalina Aguirre, et. al. Case No. 2009-CH-35791** | **Debtors are Defendants in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **Circuit Court of Cook County, Illinois** | **Judgment of Foreclosure entered on 1/15/2010; real estate sold at public auction on 2/26/2010 for $50,000.00** |
| **GE Money Bank vs. Catalina Aguirre, et. al. Case No. 09CVF292** | **Debtor, Catalina Aguirre, is the Defendant in a lawsuit claiming monies owed, plus interest and court costs; see Schedule F** | **Clinton County Municipal Court, Ohio** | **Judgment entered against Debtor, Catalina Aguirre, on 10/16/2009** |
| **Target National Bank vs. Ricardo Nevarez Case No. 09CVF264** | **Debtor, Ricardo Nevarez, is the Defendant in a lawsuit claiming monies owed, plus interest and court costs; see Schedule F** | **Clinton County Municipal Court Wilmington, Ohio** | **Judgment entered against Debtor, Ricardo Nevarez, on 7/24/2009** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **HSBC Bank USA, N.A. c/o Freedman Anselmo Lindberg Rappe 1807 W. Diehl Road, Ste. 333 Naperville, IL 60563** | **on or about February 26, 2010** | **Single-family home located at 206 S. Roberta Avenue, Northlake, Illinois; pursuant to Judgment of Foreclosure and Sale, sold at public auction for $50,000.00; see Schedules D & F** |

4

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GMAC Mortgage, LLC**<br>**P.O. Box 4622**<br>**Waterloo, IA 50704** | on or about February 26, 2010 | **Single-family home located at 206 S. Roberta Avenue, Northlake, Illinois; pursuant to Judgment of Foreclosure and Sale, sold at public auction for $50,000.00; see Schedules D & F** |
| **Bayview Financial Loan**<br>**Bayview Loan Servicing, LLC**<br>**4425 Ponce De Leon Blvd.**<br>**Coral Gables, FL 33146** | **November 6, 2009** | **Single-family home located at 200 Curtis Drive, Wilmington, Ohio; pursuant to Judgment of Foreclosure and Sale, sold at public auction for $76,667.00; see Schedules D & F** |

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Gregory D. Bruno 1807 N. Broadway Melrose Park, IL 60160** | **March 26, 2010 & May 28, 2010 & June 25, 2010** | **$2,000.00 has been paid to date for attorney's fees and filing costs for legal representation in Chapter 7 bankruptcy.** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Fifth Third Bank 140 W. Main Street Wilmington, OH 45177** | **Checking account; zero final balance** | **closed on or about 10/2009 with zero balance** |
| **Fifth Third Bank 140 W. Main Street Wilmington, OH 45177** | **Checking account; zero final balance** | **closed on or about 10/2009 with zero balance** |
| **TCF Bank 7201 W. 24th Street North Riverside, IL 60546** | **Checking account; final balance approximately $281.10** | **closed on or about 5/2010** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **131 N. 16th Avenue, Melrose Park, IL  60160** | **RICARDO NEVAREZ V CATALINA AGUIRRE** | **8/2009 to present** |
| **200 Curtis Drive, Wilmington, OH  45177** | **RICARDO NEVAREZ V CATALINA AGUIRRE** | **10/2002 - 7/2009** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
■   potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the
Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.
■   Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the
■   debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket
number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■   ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **June 28, 2010**                          Signature  **/s/ RICARDO NEVAREZ V**
                                                            **RICARDO NEVAREZ V**
                                                            Debtor


Date  **June 28, 2010**                          Signature  **/s/ CATALINA AGUIRRE**
                                                            **CATALINA AGUIRRE**
                                                            Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **RICARDO NEVAREZ V**
       **CATALINA AGUIRRE**                    Case No. _____
                                    Debtor(s)     Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Americas Servicing Company** | **Describe Property Securing Debt:**<br>**Single-family home located at 206 S. Roberta Avenue, Northlake, IL (real estate is presently vacant and in foreclosure - see Schedules D and F and Statement of Financial Affairs) Judgment of Foreclosure entered on 1/15/2010; real estate sol** |

Property will be (check one):

■ Surrendered                 ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Bayview Financial Loan** | **Describe Property Securing Debt:**<br>**Single-family home located at 200 Curtis Drive, Wilmington, OH (real estate is presently vacant and in foreclosure - see Schedules D and F and Statement of Financial Affairs)** |

Property will be (check one):

■ Surrendered                 ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

---

**Property No. 3**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Chrysler Financial** | **2006 Chrysler Town & Country mini-van; 27,000 miles; good condition**<br>**Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160** |

Property will be (check one):

   ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ☐ Claimed as Exempt          ■ Not claimed as exempt

---

**Property No. 4**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Chrysler Financial** | **2005 Chrysler Town & Country mini-van; 61,500 miles; fair condition**<br>**Location: 131 N. 16th Avenue, 1st Floor Apt., Melrose Park IL 60160** |

Property will be (check one):

   ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**First Guaranty Mortgage Corp.** | **Describe Property Securing Debt:**<br>**Single-family home located at 206 S. Roberta Avenue, Northlake, IL (real estate is presently vacant and in foreclosure - see Schedules D and F and Statement of Financial Affairs) Judgment of Foreclosure entered on 1/15/2010; real estate sol** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**GMAC Mortgage** | **Describe Property Securing Debt:**<br>**Single-family home located at 206 S. Roberta Avenue, Northlake, IL (real estate is presently vacant and in foreclosure - see Schedules D and F and Statement of Financial Affairs) Judgment of Foreclosure entered on 1/15/2010; real estate sol** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 4

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**HSBC Bank USA, N.A.** | **Describe Property Securing Debt:**<br>**Single-family home located at 206 S. Roberta Avenue, Northlake, IL (real estate is presently vacant and in foreclosure - see Schedules D and F and Statement of Financial Affairs) Judgment of Foreclosure entered on 1/15/2010; real estate sol** |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Wilmington Savings Bank** | **Describe Property Securing Debt:**<br>**Two-unit rental property located at 102 Randolph Street, Wilmington, OH (real estate is presently in foreclosure - see Schedules D and F and Statement of Financial Affairs) Judgment of Foreclosure entered on 6/4/2010; real estate to be sold** |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **June 28, 2010**                    Signature  **/s/ RICARDO NEVAREZ V**
                                                       **RICARDO NEVAREZ V**
                                                       Debtor


Date  **June 28, 2010**                    Signature  **/s/ CATALINA AGUIRRE**
                                                       **CATALINA AGUIRRE**
                                                       Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re    **RICARDO NEVAREZ V**
**CATALINA AGUIRRE**
                                                    Case No.
                        Debtor(s)                   Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,070.00 |
| Prior to the filing of this statement I have received | $ | 1,701.00 |
| Balance Due | $ | 369.00 |

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 28, 2010**                    **/s/ Gregory D. Bruno**
                                                **Gregory D. Bruno**
                                                **Law Offices of Gregory D. Bruno**
                                                **1807 N. Broadway**
                                                **Melrose Park, IL 60160**
                                                **(708) 343-4544  Fax: (708) 343-4670**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **RICARDO NEVAREZ V**
**CATALINA AGUIRRE**                Case No. _____

_____ Chapter    **7** _____
                                            Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**RICARDO NEVAREZ V**
**CATALINA AGUIRRE**                     X **/s/ RICARDO NEVAREZ V**        **June 28, 2010**
_____         _____
Printed Name(s) of Debtor(s)                       Signature of Debtor                 Date

Case No. (if known) _____    X **/s/ CATALINA AGUIRRE**         **June 28, 2010**
                                          _____
                                          Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **RICARDO NEVAREZ V
CATALINA AGUIRRE**
_____  Case No. _____
Debtor(s)            Chapter    **7**    _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **194**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June 28, 2010**
_____

**/s/ RICARDO NEVAREZ V**
_____
**RICARDO NEVAREZ V**
Signature of Debtor

Date:  **June 28, 2010**
_____

**/s/ CATALINA AGUIRRE**
_____
**CATALINA AGUIRRE**
Signature of Debtor

Account Receivable Collection
P.O. Box 42220
Cincinnati, OH 45242

Account Recovery Consultants, Inc.
3864 S. Kettering Blvd., Ste. 105
P.O. Box 341 - Wright Brothers Brch
Dayton, OH 45409

Accredited Home Lender
15253 Avenue of Science
San Diego, CA 92128

Aesthetic Laser Surgery & Derm Ltd.
400 N. Main Street, Ste. D
Dayton, OH 45459

American Express
P.O. Box 297871
Fort Lauderdale, FL 33329

American Security Insurance Company
P.O. Box 50355
Atlanta, GA 30302

Americas Servicing Company
P.O. Box 10328
Des Moines, IA 50306

Aspire
P.O. Box 105555
Atlanta, GA 30348-5555

Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090

Auditor of Clinton County, Ohio
Clinton County Courthouse
46 S. South Street
Wilmington, OH 45177

Aurora Loan Services
10350 Park Meadows Dr
Littleton, CO 80124

Banamex USA
2029 Century Park E, Fl 4
Los Angeles, CA 90067


Bayview Financial Loan
Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd.
Coral Gables, FL 33146


Bayview Loan Servicing, LLC
Bayview Financia Loan
P.O. Box 391346
Solon, OH 44139


BP / Citibank SD
P.O. Box 6497
Sioux Falls, SD 57117


Buckley, Miller  & Wright
145 N. South Street
Wilmington, OH 45177


Buckley, Miller  & Wright
145 N. South Street
Wilmington, OH 45177


Capital One
Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285


Capital One
Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285


Capital One
Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285


Chase
P.O. Box 1093
Northridge, CA 91328

```
Chase
P.O. Box 1093
Northridge, CA 91328


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
Toys R Us
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
Chase - Toys R Us
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase Receivables
1247 Broadway
Sonoma, CA 95476
```

Chase Receivables
1247 Broadway
Sonoma, CA 95476


Children's Place Plan / CITI
Processing Center
Des Moines, IA 50364


Chld  / Citibank SD
P.O. Box 6497
Sioux Falls, SD 57117


Chrysler Financial
5225 Crooks Road, Ste. 140
Troy, MI 48098


Chrysler Financial
5225 Crooks Road, Ste. 140
Troy, MI 48098


CIT / Fingerhut
6250 Ridgewood Road
St. Cloud, MN 56303


Citi Banamex
2029 Century Park, 42nd Floor
Los Angeles, CA 90067


Citibank
c/o Nelson, Watson & Associates LLC
800 Merrimack Street Lower Level
Haverhill, MA 01830


Citibank
c/o J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379


Citibank (South Dakota), N.A.
Children's Place
P.O. Box 6497
Sioux Falls, SD 57117

Citicorp Credit Services Inc. (USA)
P.O. Box 653084
Dallas, TX 75265


Citicorp Credit Services Inc. (USA)
P.O. Box 653083
Dallas, TX 75265


City of Northlake
55 E. North Avenue
Melrose Park, IL 60164


City of Wilmington
Utility Billing Department
69 N. South Street
Wilmington, OH 45177


City of Wilmington, Ohio
Utility Billing Department
69 N. South Street
Wausaukee, WI 54177


City of Wilmington, Ohio
Income Tax Bureau
P.O. Box 786
Wilmington, OH 45177


City of Wilmington, Ohio
Utility Billing Department
69 N. South Street
Wilmington, OH 45177


Clinton Memorial Hospital
P.O. Box 600
Wilmington, OH 45177


Collins Financial Services, Inc.
c/o Enhanced Recovery Corp.
8014 Bayberry Road
Jacksonville, FL 32256


Computer Collections, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113

Cook County Treasurer
P.O. Box 4468
Carol Stream, IL 60197


Credit Management LP
4200 International Pkwy
Carrollton, TX 75007


Credit Management LP
P.O. Box 118288
Carrollton, TX 75011


Dayton Power and Light Company
P.O. Box 740598
Cincinnati, OH 45274


Department Stores National Bank
DSNB
P.O. Box 183083
Columbus, OH 43218


Discover Card / Discover Bank
Discover Financial Services LLC
P.O. Box 3008
New Albany, OH 43054


Eye Specialists Inc.
Eye Specialists - Wilmington Office
721 W. Main Street
Wilmington, OH 45177


Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438


Fingerhut
P.O. Box 166
Newark, NJ 07101


First Federal Credit Control
24700 Chagrin Blvd.,  Ste 2
Cleveland, OH 44122

First Guaranty Mortgage Corp.
c/o National Registered Agents, Inc
200 W. Adams Street
Chicago, IL 60606


First USA Bank N A
1001 Jefferson Plaza
Wilmington, DE 19701


First USA Bank N A
1001 Jefferson Plaza
Wilmington, DE 19701


FMA Aliance, Ltd.
P.O. Box 2409
Houston, TX 77252


FMA Aliance, Ltd.
P.O. Box 2409
Houston, TX 77252


FMA Aliance, Ltd.
P.O. Box 2409
Houston, TX 77252


Freedman Anselmo Lindberg & Rappe
1807 W. Diehl Road, Ste. 333
P.O. Box 3228
Naperville, IL 60566


GE Money Bank
4125 Windward Plaza Drive
Building E, #300
Alpharetta, GA 30005


GE Money Bank / Gap
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / JCPenney
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

```
GE Money Bank / JCPenney
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / Lowes
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / Lowes
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / Lowes
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / Lowes
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / Lowes Consumer
c/o Enhanced Recovery Corp.
8014 Bayberry Road
Jacksonville, FL 32256


GE Money Bank / Sam's Club
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / Walmart
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / Walmart
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076
```

GE Money Bank / Walmart
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Retail Consumer Finance
c/o National Enterprise Systems
29125 Solon Road
Solon, OH 44139


GMAC Mortgage
P.O. Box 4622
Waterloo, IA 50704


GMAC Mortgage
P.O. Box 4622
Waterloo, IA 50704


GMAC Mortgage
P.O. Box 890036
Dallas, TX 75389


HSBC / Best Buy
P.O. Box 15519
Wilmington, DE 19850


HSBC / Best Buy
P.O. Box 15519
Wilmington, DE 19850


HSBC / Best Buy
P.O. Box 15521
Wilmington, DE 19805


HSBC / Carsons
P.O. Box 15521
Wilmington, DE 19805


HSBC / MS
P.O. Box 3425
Buffalo, NY 14240

```
HSBC Bank
HSBC Bank Nevada, N.A.
P.O. Box 4144
Carol Stream, IL 60197


HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197


HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197


HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197


HSBC Bank Nevada, N.A.
P.O. Box 4144
Carol Stream, IL 60197


HSBC Bank Nevada, N.A.
HSBC Card Services, Inc.
P.O. Box 5253
Carol Stream, IL 60197


HSBC Bank Nevada, N.A.
HSBC Card Services
P.O. Box 4155
Carol Stream, IL 60197


HSBC Bank Nevada, N.A.
HSBC Card Services Inc.
P.O. Box 5253
Carol Stream, IL 60197


HSBC Bank USA, N.A.
c/o Freedman Anselmo Lindberg Rappe
1807 W. Diehl Road, Ste. 333
Naperville, IL 60563


HSBC Bank USA, N.A.
c/o Freedman Anselmo Lindberg Rappe
1807 W. Diehl Road, Ste. 333
Naperville, IL 60566
```

HSBC Card Services
Household Bank Platinum MasterCard
P.O. Box 5222
Carol Stream, IL 60197


I.C. System, Inc.
444 Highway 96 East
P.O. Box 64887
Saint Paul, MN 55164


IEI Financial Services, LLC
I.E.I.F.S.
2495 Directors Row, Ste. A
Indianapolis, IN 46241


J.P. Recovery Services, Inc.
P.O. Box 16749
Rocky River, OH 44116


Javitch, Block & Rathbone LLP
1100 Superior Avenue, 19th Floor
Cleveland, OH 44114


JCPenney
P.O. Box 960090
Orlando, FL 32896


JCPenney
P.O. Box 960090
Orlando, FL 32896


Jefferson Capital Systems, LLC
16 McLeland Road
Saint Cloud, MN 56303


Kellawan, Karl K., M.D.
400 N. Main Street, Ste. D
Centerville, OH 45459


Kohl's
Kohl's Payment Center
P.O. Box 2983
Milwaukee, WI 53201

LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
c/o Nelson, Watson & Associates LLC
800 Merrimack Street Lower Level
Haverhill, MA 01830


LVNV Funding LLC
c/o Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439


LVNV Funding LLC
c/o Credit Control, LLC
245 East Roselawn
Maplewood, MN 55117


LVNV Funding LLC
c/o Nelson, Watson & Associates, LL
80 Merrimack Street Lower Level
Haverhill, MA 01830


LVNV Funding LLC
c/o J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379


LVNV Funding, LLC
c/o Creditors Financial Group, LLC
3131 S. Vaughn Way, Ste. 110
Aurora, CO 80014


Malcolm S. Gerald & Associates
332 S. Michigan Avenue, Ste. 600
Chicago, IL 60604

Maria Nevarez
5913 W. 16th Street
Cicero, IL 60804


Marlow, Roxanna K
102 Randolph Street
Wilmington, OH 45177


Matrika, Thomas, M.D., Inc.
630 West Main Street
Suite 109
Wilmington, OH 45177


Mcydsnb
Macy's / Dept. Store National Bank
9111 Duke Blvd.
Mason, OH 45040


Mcydsnb
Macy's / Dept. Store National Bank
9111 Duke Blvd.
Mason, OH 45040


National Enterprise Systems
29125 Solon Road
Solon, OH 44139


Nationwide Mutual Fire Insurance Co
Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, OH 43215


NBGL Carsons
140 Industrial Dri
Elmhurst, IL 60126


NCO Financial Systems
P.O. Box 15889
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 15889
Wilmington, DE 19850

Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Northland Group Inc.
P.O. Box 390905
Minneapolis, MN 55439


Northland Group Inc.
P.O. Box 390905
Minneapolis, MN 55439


Ocwen Loan Servicing LLC
12650 Ingenuity Drive
Orlando, FL 32826


Omni Credit Services of Florida
P.O. Box 23381
Tampa, FL 33623


Omni Credit Services of Florida
P.O. Box 23381
Tampa, FL 33623


Omni Credit Services of Florida
P.O. Box 23381
Tampa, FL 33623


Paragon Way
2101 West Ben Whit
Austin, TX 78704


Paragon Way Inc.
c/o Enhanced Recovery Corp.
8014 Bayberry Road
Jacksonville, FL 32256


Pediatric Products
c/o Account Receivable Collections
P.O. Box 42220, Dept. B
Cincinnati, OH 45242


Peebles
P.O. Box 182124
Columbus, OH 43218

Petrovic, Olga, M.D.
8952 Winton Road
Cincinnati, OH 45231


Physicians Credit Bureau
3592 Corporate Dr., Ste 10
Columbus, OH 43231


Physicians Credit Bureau
3592 Corporate Dr., Ste 10
Columbus, OH 43231


Physicians Credit Bureau
3592 Corporate Dr., Ste 10
Columbus, OH 43231


Physicians Credit Bureau
3592 Corporate Dr., Ste 10
Columbus, OH 43231


Portfolio Asset Management
c/o Law Offices of Mitchell N. Kay
7 Penn Plaza
New York, NY 10001


Precision Recovery Analytics
c/o FMA Aliance, Ltd.
P.O. Box 2409
Houston, TX 77252


Professional Recovery Services Inc.
P.O. Box 1880
Voorhees, NJ 08043


Professional Recovery Services Inc.
P.O. Box 1880
Voorhees, NJ 08043


Redline Recovery Services, LLC
11675 Rainwater Drive, Ste. 350
Alpharetta, GA 30009


Reimer Arnovitz Chernek & Jeffrey
P.O. Box 968
Twinsburg, OH 44087

Reimer Arnovitz Chernek & Jeffrey
P.O. Box 968
Twinsburg, OH 44087


Resurgent Capital Services L.P.
c/o Creditors Financial Group, LLC
3131 S. Vaughn Way, Ste. 110
Aurora, CO 80014


Resurgent Capital Services L.P.
c/o J.C. Christensen & Associates
P.O. Box 519
Sauk Rapids, MN 56379


Riverside Radiology Associates
P.O. Box 182268
Columbus, OH 43218


RNB - Fields3
P.O. Box 9475
Minneapolis, MN 55440


RNB - Fields3
P.O. Box 9475
Minneapolis, MN 55440


Sam's Club
c/o Law Offices of Mitchell N. Kay
7 Penn Plaza
New York, NY 10001


Schotten / Value City Furniture
P.O. Box 182273
Columbus, OH 43218-2273


Sears
c/o Creditors Financial Group, LLC
3131 S. Vaughn Way, Ste. 110
Aurora, CO 80014


Sears / Citi
8725 W. Sahara Ave  Mc 02/02/03
The Lakes, NV 89163

Sears / Citibank SD
P.O. Box 6189
Sioux Falls, SD 57117


Sears / Citibank SD
P.O. Box 6189
Sioux Falls, SD 57117


Sears / Citibank SD
P.O. Box 6189
Sioux Falls, SD 57117


Sears / Citibank SD
P.O. Box 6189
Sioux Falls, SD 57117


Sears Gold MasterCard
c/o Credit Control, LLC
245 East Roselawn
Maplewood, MN 55117


Sears Solutions MasterCard
c/o HSBC Card Services
P.O. Box 5222
Carol Stream, IL 60197


Sherman Companies
335 Madison Avenue
19th Floor
New York, NY 10017


Spiegel
101 Crossway Park West
Woodbury, NY 11797


Target
Target National Bank
P.O. Box 59317
Minneapolis, MN 55459


Target
Target National Bank
P.O. Box 59317
Minneapolis, MN 55459

```
Target
Target National Bank
P.O. Box 59317
Minneapolis, MN 55459


Target National Bank
3701 Wayzata Blvd., MS-3CG
Minneapolis, MN 55416


The Home Depot / Citibank SD
P.O. Box 6497
Sioux Falls, SD 57117


The Home Depot / Citibank SD
P.O. Box 6497
Sioux Falls, SD 57117


The Home Depot / Citibank SD
P.O. Box 6497
Sioux Falls, SD 57117


Time Warner Cable
Time Warner Cable - Cincinnati
P.O. Box 1060
Carol Stream, IL 60132


Treasurer of Clinton County, Ohio
Clinton County Courthouse
46 S. South Street
Wilmington, OH 45177


United Collect Bureau, Inc
5620 Southwyck Blvd.
Toledo, OH 43614


Vectren Energy Delivery of Ohio
c/o IEI Financial Services, LLC
P.O. Box 42788
Indianapolis, IN 46242


Wagstaff, Edwin L., DDS
150 North South Street
Wilmington, OH 45177
```

Washington Mutual
c/o Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439


Weltman, Weinberg & Reis Co., LPA
525 Vione Street, Ste. 800
Cincinnati, OH 45202


Wffinance
Wells Fargo Finance
800 Walnut Street
Des Moines, IA 50309


Wffnatlbnk
Wells Fargo National Bank
P.O. Box 94498
Las Vegas, NV 89193


WFNNB / Peebles
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218


WFNNB / Peebles
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218


Wilmington Oral Surgery
1665 Alex Drive
Wilmington, OH 45177


Wilmington Savings Bank
184 N. South Street
Wilmington, OH 45177


Wilmington Savings Bank
184 North South Street
Wilmington, OH 45177


X Press NEBS
c/o Account Receivable Collections
P.O. Box 42220, Dept. B
Cincinnati, OH 45242

X Press NEBS / Pediatric Products
c/o Account Receivable Collections
P.O. Box 42220, Dept B
Cincinnati, OH 45242